UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CR719 HEA |
| | ) | |
| JAMES ELLIS BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that final supervised release revocation hearing previously

set in this matter for Monday, April 30, 2012, is reset to Tuesday, June 5, 2012, at 11:00 a.m. in

the courtroom of the undersigned.

Dated this 2nd day of May, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE